NORRIS, APPELLANT, *v.* WELCH, WARDEN, APPELLEE.

[Cite as *Norris v. Welch,* 124 Ohio St.3d 203, 2010-Ohio-115.]

(No. 2009–1821—Submitted January 13, 2010—Decided January 21, 2010.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Robert Lee Norris, for a writ of habeas corpus. Res judicata barred Norris from filing a successive habeas corpus petition and from seeking successive appellate reviews of the same issues. *Miller v. Ohio Dept. of Rehab. & Corr.,* 123 Ohio St.3d 87, 2009-Ohio-4081, 914 N.E.2d 367, ¶ 1; *Shie v. Smith,* 123 Ohio St.3d 89, 2009-Ohio-4079, 914 N.E.2d 369, ¶ 2.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.